### EASON v. WEBSTER *et al.*

*Appeal from Fayette District Court — Friday, April 13.*

#### NEW TRIAL — VERDICT AGAINST EVIDENCE.

THE decision of the court was announced by —

LOWE, Ch. J. — Action on a promissory note, in which the plaintiff recovered the amount it called for, and interest thereon. The defense

consisted in an alleged alteration of the note, supported by the testimony of the defendant alone, tending to show that the note was given for $307, instead of $387, the sum for which it calls. Their evidence, however, was not very satisfactory; whilst the original note, being sent up with the record, gave no appearance of a change, even of the slightest character. This leaves the issue in too much doubt to authorize the granting of a new trial by us—the overruling of a motion for which, was the only matter assigned for error.

Affirmed.

*McGlathery & McClintock* for the appellant—*R. Noble* for the appellee.